IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CATHY DENTON                                                                                       PLAINTIFF

V.                                      CASE NO. 3:16-CV-03012 TLB

SUN LIFE ASSURANCE COMPANY OF
CANADA AND HARPS FOODS STORES, INC.                                       DEFENDANTS

## ENTRY OF APPEARANCE

    Notice is hereby given that Michael J. Emerson of the law firm of Barber Law Firm PLLC, hereby enters his appearance as counsel on behalf of Harps Food Stores, Inc.

        Respectfully submitted,

        BARBER LAW FIRM PLLC
        425 W. Capitol Avenue
        Suite 3400
        Little Rock, AR 72201
        501-372-6175


        By:     /s/   Michael J. Emerson
            Michael J. Emerson       AR BIN 84043
            Memerson@barberlawfirm.com

## CERTIFICATE OF SERVICE

  I hereby certify that on February 18, 2016, I electronically filed the foregoing with the using the CM/ECF system, which shall send notification of such filing to the following:

Frederick S. "Rick" Spencer
Spencer Law Firm
Spencer Law Buildings
409 East 6th Street
Mountain Home, AR   72653
spencerforhire@rickspencer.com


             /s/   Michael J. Emerson
             Michael J. Emerson