IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CATHY DENTON                                                                                               PLAINTIFF

V.                                      CASE NO. 3:16-CV-03012 TLB

SUN LIFE ASSURANCE COMPANY OF
CANADA AND HARPS FOODS STORES, INC.                                        DEFENDANTS

## ENTRY OF APPEARANCE

Notice is hereby given that S. Brent Wakefield of the law firm of Barber Law Firm PLLC, hereby enters his appearance as counsel on behalf of Harps Food Stores, Inc.

        Respectfully submitted,

        BARBER LAW FIRM PLLC
        425 W. Capitol Avenue
        Suite 3400
        Little Rock, AR 72201
        501-372-6175


        By:      /s/    S. Brent Wakefield
                S. Brent Wakefield                AR BIN 99144
                brent.wakefield@barberlawfirm.com

–1–

## CERTIFICATE OF SERVICE

       I hereby certify that on February 18, 2016, I electronically filed the foregoing with the using the CM/ECF system, which shall send notification of such filing to the following:

Frederick S. "Rick" Spencer
Spencer Law Firm
Spencer Law Buildings
409 East 6th Street
Mountain Home, AR   72653
spencerforhire@rickspencer.com


                                     /s/    S. Brent Wakefield
                                     S. Brent Wakefield