UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| CATHY DENTON,<br><br>    Plaintiff,<br><br>       v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA and HARPS FOODS STORES, INC.,<br>    Defendants. | Case No. 3:16-cv-3012-TLB |

### ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE AND SERVE RESPONSE TO PLAINTIFF'S COMPLAINT

Defendant Sun Life Assurance Company of Canada ("Sun Life") moves the Court for a 21-day extension of time within which it must respond to Plaintiff's Complaint, from March 9, 2016 up to and including March 30, 2016, on the following grounds:

1. Defendant requires additional time to prepare responsive pleadings.

2. Because this case is subject to the Employee Retirement and Income Security Act of 1974 ("ERISA"), to be decided on an administrative record, the proposed extension will not materially delay the resolution of the matter.

3. Plaintiff's counsel consents to the relief requested herein.

WHEREFORE, Defendant respectfully requests that Sun Life be granted an extension to respond to Plaintiff's Complaint to and including March 30, 2016.

Dated: March 7, 2016

    *Counsel for Sun Life*,

    <u>/s/ Byrne J. Decker</u>
    Byrne J. Decker
    PIERCE ATWOOD LLP
    Merrill's Wharf
    254 Commercial Street
    Portland, ME  04101
    (207) 791-1152
    bdecker@pierceatwood.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2016, I electronically filed the within document by using the CM/ECF system which will send notification of such filing(s) to the all registered participants.

Frederick S. "Rick" Spencer
Attorney at Law
Spencer Law Firm
Spencer Law Buildings
409 East 6th Street
Mountain Home, Arkansas 72653

/s/  Byrne J. Decker
Byrne J. Decker