UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| CATHY DENTON,<br><br>  Plaintiff,<br><br>  v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA and HARPS FOODS STORES, INC.,<br>  Defendants. | Case No. 3:16-cv-3012-TLB |

**CORPORATE DISCLOSURE STATEMENT**

NOW COMES Defendant Sun Life Assurance Company of Canada ("Sun Life") and for its Corporate Disclosure Statement states as follows:

Sun Life is not a publicly held company. Sun Life's direct corporate parent, Sun Life Financial Inc. ("SLF"), is a Canadian corporation and a reporting company under the Securities Exchange Act of 1934, as amended, with common shares listed on the Toronto, New York, and Philippines stock exchanges. SLF is the only publicly owned company which directly or indirectly owns ten percent or more of Sun Life's shares. Sun Life does not own ten percent or more of the outstanding shares of any publicly owned company.

Dated: March 7, 2016

             *Counsel for Sun Life*,

             /s/ Byrne J. Decker
             Byrne J. Decker
             PIERCE ATWOOD LLP
             Merrill's Wharf
             254 Commercial Street
             Portland, ME  04101
             (207) 791-1152
             bdecker@pierceatwood.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2016, I electronically filed the within document by using the CM/ECF system which will send notification of such filing(s) to the all registered participants.

Frederick S. "Rick" Spencer
Attorney at Law
Spencer Law Firm
Spencer Law Buildings
409 East 6th Street
Mountain Home, Arkansas 72653

/s/  Byrne J. Decker
Byrne J. Decker