UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| CATHY DENTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA and HARPS FOODS STORES, INC.,<br>    Defendants. | Case No. 3:16-cv-3012-TLB |

## NOTICE OF SETTLEMENT

Plaintiff Cathy Denton and Defendant Sun Life Assurance Company of Canada, by and through counsel, hereby notify the Court that a settlement has been reached as to all claims pending in this action against all defendants and the parties intend to file a stipulation of dismissal within thirty (30) days of this Notice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED: March 30, 2016

By: /s/ Frederick S. Spencer
Frederick S. "Rick" Spencer
Attorney at Law
Spencer Law Firm
Spencer Law Buildings
409 East 6th Street
Mountain Home, Arkansas 72653

*Attorneys for Plaintiff*

By: /s/ Byrne J. Decker
Byrne J. Decker
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
Phone: 207-791-1152

*Attorneys for Sun Life*

1

## CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2016, I electronically filed the within document by using the CM/ECF system which will send notification of such filing(s) to the all registered participants.

Frederick S. "Rick" Spencer
Attorney at Law
Spencer Law Firm
Spencer Law Buildings
409 East 6th Street
Mountain Home, Arkansas 72653

/s/ Byrne J. Decker
Byrne J. Decker