UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

| | |
|---|---|
| CATHY DENTON,<br><br>    Plaintiff,<br><br>    v.<br><br>SUN LIFE ASSURANCE COMPANY OF CANADA and HARPS FOODS STORES, INC.,<br>    Defendants. | Case No. 3:16-cv-3012-TLB |

## STIPULATION OF DISMISSAL

Plaintiff Cathy Denton and Defendants Sun Life Assurance Company of Canada and Harps Foods Stores, Inc., through their respective attorneys of record, hereby stipulate that Plaintiff's complaint in the above-styled action shall be and the same hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Each party shall bear her/its own attorney's fees and costs.

DATED:  June 2, 2016

By: /s/ Frederick S. Spencer
Frederick S. "Rick" Spencer  (AR BIN 75120)
Spencer Law Firm
Spencer Law Buildings
409 East 6th Street
Mountain Home, AR 72653
870-425-6984
spencerforhire@rickspencer.com

*Attorneys for Plaintiff*

By: /s/ Byrne J. Decker
Byrne J. Decker
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME  04101
207-791-1152
bdecker@pierceatwood.com

*Attorneys for Sun Life*

*/s/  Michael J. Emerson*
Michael J. Emerson     (AR BIN 84043)
BARBER LAW FIRM PLLC
425 West Capitol Ave.
Suite 3400
Little Rock, AR  72201
501-375-6175
memerson@barberlawfirm.com

*Attorneys for Harps Food Stores*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2016, I electronically filed the within document by using the CM/ECF system which will send notification of such filing(s) to the all registered participants.

Frederick S. "Rick" Spencer  (AR BIN 75120)
Spencer Law Firm
Spencer Law Buildings
409 East 6th Street
Mountain Home, AR 72653
870-425-6984
spencerforhire@rickspencer.com

Michael J. Emerson     (AR BIN 84043)
BARBER LAW FIRM PLLC
425 West Capitol Ave.
Suite 3400
Little Rock, AR  72201
501-375-6175
memerson@barberlawfirm.com

/s/  Byrne J. Decker
Byrne J. Decker