IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

CATHY DENTON                                                                                    PLAINTIFF

NO. 3:16-cv-3012-TLB

SUN LIFE ASSURANCE COMPANY OF
CANADA and HARPS FOODS STORES,
INC.,                                                                                           DEFENDANT

## CLERK'S ORDER OF DISMISSAL

On this 2nd day of June, 2016, the parties hereto having

filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

AT THE DIRECTION OF THE COURT

DOUGLAS F. YOUNG

BY: /s/ Roxana Guerrero
         Deputy Clerk